**STATE of Missouri, Respondent,**

v.

**Michael J. HOUSTON, Appellant.**

**No. ED 101481**

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE*.

Filed: September 29, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
November 5, 2015

Kevin B. Gau, Missouri State Public Defender, 1010 Market St., Ste. 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Robert J. Bartholomew, Jr., Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert M. Clayton III, P.J., Lisa S. Van Amburg, C.J., and Lawrence E. Mooney, J.

*ORDER*

PER CURIAM.

Michael J. Houston appeals the judgment entered upon a jury verdict convicting him of one count of forcible rape, one count of forcible sodomy, and one count of kidnapping. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).